UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    James Lauletta  
    Deborah Lauletta  
        Debtor(s)

Case No. 11 B 02727

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/25/2011.

2) The plan was confirmed on 04/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2012.

5) The case was Converted on 08/09/2012.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,055.46 |
| Less amount refunded to debtor | $192.72 |

**NET RECEIPTS:**      **$5,862.74**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,275.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $266.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$1,541.30**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Illinois Masonic | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Advocate MSO Services | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Advocate MSO Services | Unsecured | 4,700.00 | NA | NA | 0.00 | 0.00 |
| ALC Laboratories | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Allan L Gilman MD | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 360.00 | 360.80 | 360.80 | 72.34 | 0.00 |
| Ascension Acquisitions | Unsecured | 1,126.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 620.00 | 724.16 | 724.16 | 145.21 | 0.00 |
| Candica LLC | Unsecured | 584.00 | 682.26 | 682.26 | 136.77 | 0.00 |
| Candica LLC | Unsecured | 51.00 | 787.20 | 787.20 | 157.83 | 0.00 |
| Capital One | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 1,135.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| Creditors Financial Group | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| Creditors Financial Group | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 15,054.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 14,648.00 | 14,724.40 | 14,724.40 | 2,952.84 | 0.00 |
| Direct Merchants Bank | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Eye Physicians & Surgeons | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Eye Physicians & Surgeons | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Gary J Guziec PM LTD | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Harris & Harris | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Head & Neck Cosmetic Surgery | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Head & Neck Cosmetic Surgery | Unsecured | 1,762.00 | NA | NA | 0.00 | 0.00 |
| Household Bank FSB | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Household Bank FSB | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Joseph Mann & Creed | Unsecured | 10,820.00 | NA | NA | 0.00 | 0.00 |
| Juniper Bank | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| Juniper Bank | Unsecured | 626.00 | NA | NA | 0.00 | 0.00 |
| Juniper Bank | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Surgery Center FAC | Unsecured | 6,241.00 | NA | NA | 0.00 | 0.00 |
| Le Cordon Blue | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Lincoln Park Anesthesia | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 680.00 | 694.18 | 694.18 | 139.20 | 0.00 |
| Merrick Bank | Unsecured | 791.00 | 791.08 | 791.08 | 158.57 | 0.00 |
| Merrick Bank | Unsecured | 380.00 | 382.61 | 382.61 | 76.71 | 0.00 |
| Midtown Foot Health Center | Unsecured | 7,353.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 3,956.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 386.00 | 404.53 | 404.53 | 81.09 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 664.00 | 660.37 | 660.37 | 132.44 | 0.00 |
| PSC Physician's Billing Grp | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Ravenswood Hospital | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,218.00 | 1,338.72 | 1,338.72 | 268.44 | 0.00 |
| Resurrection Health Care | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| Robin Matz | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Saint Joseph Hospital | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 15,263.00 | NA | NA | 0.00 | 0.00 |
| SST CARD SERVICE | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| Suricore Inc | Unsecured | 22,901.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| Systems & Services Technologies | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Tamara Djurisic MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Wellington Radiology | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,550.31** | **$4,321.44** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,541.30 |
| Disbursements to Creditors | $4,321.44 |
| **TOTAL DISBURSEMENTS:** | **$5,862.74** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/29/2012    By: /s/ Marilyn O. Marshall
                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**